# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MARYLIN HERNANDEZ MORALES**

    **Petitioner**

    **v.**                             **Case No. 98-1231 (DRD)**

**GENERAL MOTORS CORP., et al**

    **Defendants**

## ORDER

| MOTION | RULING |
|---|---|
| **Date**<br>**Filed:** 05/17/00      **Docket #** 30<br>[X] **Plffs**      [x] **Defts**<br>[ ] **Other**<br><br>**Title:** Stipulation for voluntary dismissal with prejudice against General Motors Acceptance Corporation | **ORDER**<br><br>**GRANTED.**  The Court hereby approves the parties' stipulation for voluntary dismissal with prejudice of the abovecaptioned Complaint against Co-defendant GENERAL MOTORS ACCEPTANCE CORPORATION.  Dismissal is granted **WITH PREJUDICE BUT WITHOUT IMPOSITION OF COSTS OR ATTORNEYS FEES.** |

**DATE:** May *16*, 2000

                                  **DANIEL R. DOMINGUEZ**
                                  **U.S. DISTRICT JUDGE**