UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Marylin Hernández Morales         CIVIL NO. 98-1231    (DRD)

v.

Defendant(s) General Motors Corp.

| MOTION | ORDER |
|---|---|
| Docket entry no. 32 | ☒ GRANTED. |
| Date: May /24/2000 . | ☐ DENIED. |
| Title: Motion for extension of time. | ☒ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 JUN -2 AM 8:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The term has expired. If not timely filed, shall not be authorized

IT IS SO ORDERED.

Date: MAY /30/2000 .

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

33