UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　DATE: June 20, 2000
**CIVIL NO. 98-1231 (DRD)**
LAW CLERK: Luis Martinez

===========================================================================

| | |
|---|---|
| MARILIN HERNANDEZ MORALES, et al., Plaintiffs, v. GENERAL MOTORS CORP., et al., Defendants. | Attorney: Bruce **McGIVERIN** Rachel **BRILL** (did not appear) Pedro J. **POLANCO** Mary **MALEY** (via conference call) |

===========================================================================

   STATUS CONFERENCE was held today. The parties advised the Court of the status of the case. All factual discovery and other necessary discovery is to commence immediately if not already started.

   The Court establishes the following deadlines:

1) **Defendants expert rebuttal disclosure** in compliance with FED. R. CIV. PROC. 26
   -Completed by July 30, 2000;

2) **Plaintiff's experts' depositions**- Completed by August 30, 2000;

3) **Defendant's experts' depositions**- Completed by September 30, 2000;

4) **Fact discovery** including FED. R. CIV. PROC. 30 (b)(6) depositions
   - Completed by October 31, 2000;

5) **All dispositive motions to be filed** by December 31, 2000;

6) Settlement conference to be held at **4:30 PM** on **March 15, 2001**

   The Court strongly encourages the parties to explore reaching a settlement before incurring in expensive discovery procedures.

All deadlines are **FINAL** and **FATAL**.

*[signature]*

Daniel R. Dominguez
US District Court Judge