UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARILYN MORALES, et al.,
    Plaintiffs,

v.                                          CASE NUMBER: 98-1231 (DRD)

GENERAL MOTORS CORP., et al.,
    Defendants

### ORDER

    Pending before the Court is Defendant's, General Motors Corporation Motion for Partial Summary Judgment (Docket No. 27). The Court hereby refers this case to U.S. Magistrate Judge Justo Arenas for a Report and Recommendation on the disposition of the pending Motion for Partial Summary Judgment (Docket No. 27) and any other motions relating to the pending motion. Local Rule 503.1(D); Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(B).
    IT IS SO ORDERED.

Date: October 16, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

N:\98-1231 REF

RECEIVED AND FILED
00 OCT 17 AM 8:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:      EOD:

By:         # 40