IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC -5 PM 2: 36

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

MARILIN HERNADEZ MORALES, et al.,

v.                                                          CASE NUMBER: 98-1231 (DRD)

GENERAL MOTORS CORPORATION, et al..

## ORDER

Pending before the Court is plaintiffs' Motion Requesting Term to File for Voluntary Dismissal. (Docket No. 41). In the motion, plaintiffs informed the Court that "[t]he Parties have reached an agreement to amicably resolve [the] controversy without the need of further litigation" and request the Court a term of 60 days to file for voluntary dismissal. The motion is **GRANTED**. Plaintiffs shall file a motion for voluntary dismissal by **January 7, 2001**. As a result of the Parties' agreement, all pending motions are now **MOOT**. The referral to U.S. Magistrate Judge Justo Arenas for a Report and Recommendation of Docket No. 27 is **VACATED**. If the Parties do not file a motion for voluntary dismissal within the sixty (60) day period granted by the Court, all motions must be re-instated. The Clerk of the court is to close without prejudice Docket No. 27.

**IT IS SO ORDERED.**

Date: November, 30 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\98-1231.dis

Rec'd:        EOD:
By:           #   42