UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARILIN HERNANDEZ MORALES, et al.
Plaintiffs,

v.  CASE NUMBER: 98-1231(DRD)

GENERAL MOTORS CORPORATION, et al.,
Defendants.

## ORDER

| MOTIONS | RULING |
|---|---|
| **Date filed:** January 3, 2001<br>**Docket No.:** 43<br><br>[X] **Plffs**       [] Defts<br>[ ] Other<br><br>**Title: MOTION FOR VOLUNTARY DISMISSAL** | **APPROVED.** The Court hereby approves plaintiffs' Motion for Voluntary Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby **dismisses** all claims by plaintiffs against defendants, **with prejudice and without the imposition of costs or attorney fees**. Judgment shall be entered accordingly.<br>**IT IS SO ORDERED**. |

Date: January 8, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge