UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARILIN HERNANDEZ MORALES, et al.
Plaintiffs,

v.

CASE NUMBER: 98-1231(DRD)

GENERAL MOTORS CORPORATION, et al.,
Defendants.

## JUDGMENT

| MOTION | |
|---|---|
| Date filed: January 3, 2001<br>Docket No.: 43<br><br>[X] Plffs          [] Defts<br>[ ] Other | The Court, having approved on this same date plaintiffs' Motion for Voluntary Dismissal, hereby enters judgment **dismissing** this action against Defendants **with prejudice and without the imposition of costs or attorney's fees.**<br>**IT IS SO ADJUDGED AND DECREED.** |
| Title: MOTION FOR VOLUNTARY DISMISSAL | |

Date: January 8, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge